| | |
|---|---|
| 1 | Daniel W. Maguire, (SBN 120002) |
| | E-mail:  dmaguire@bwslaw.com |
| 2 | Keiko J. Kojima, (SBN 206595) |
| | E-mail:  kkojima@bwslaw.com |
| 3 | BURKE, WILLIAMS & SORENSEN, LLP |
| | 444 South Flower Street, Suite 2400 |
| 4 | Los Angeles, CA  90071-2953 |
| | Tel: 213.236.0600  Fax:  213.236.2700 |
| 5 | |
| 6 | Attorneys for Defendants |
| | Hartford Life And Accident Insurance |
| 7 | Company and FormFactor, Inc. Group Welfare Benefit Plan |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA MAYHEW, | Case No.  C11-02908 SC |
| Plaintiff, | **STIPULATION FOR 30-DAY EXTENSION OF TIME FOR DEFENDANT FORMFACTOR, INC. GROUP WELFARE BENEFIT PLAN TO RESPOND TO COMPLAINT** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; FORMFACTOR, INC. GROUP WELFARE BENEFIT PLAN, | |
| Defendants. | |

Plaintiff Melinda Mayhew and Defendant FormFactor, Inc. Group Welfare Benefit Plan ("Plan"), by and through their respective counsel of record, hereby stipulate and agree that the time for the Plan to file a response to Plaintiff's complaint shall be extended from July 14, 2011 to August 13, 2011.

Said extension to plead was requested so that defense counsel could have time to review her client's file.

/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4842-5973-0186 v1     - 1 -     CASE NO. C11-02908
STIPULATION FOR 30-DAY EXTENSION OF
TIME TO RESPOND TO COMPLAINT

1   IT IS SO STIPULATED.

2

3   Dated:  July 13, 2011                    Springer-Sullivan & Roberts LLP
                                             Michelle L. Roberts

4

5                                            By: *s/Michelle L. Roberts*
                                                  *as authorized on 7/13/11*
6                                            Michelle L. Roberts
                                             Attorneys for Plaintiff
7                                            Melinda Mayhew

8

9   Dated:  July 14, 2011                    Burke, Williams & Sorensen, LLP
                                             Daniel W. Maguire

10

11                                           By: *s/ Keiko J. Kojima*
                                             Keiko J. Kojima
12                                           Attorneys for Defendants
                                             Hartford Life And Accident
13                                           Insurance Company and FormFactor,
                                             Inc. Group Welfare Benefit Plan
14

15

16

17                                           IT IS SO ORDERED
                                             [Signature]
18                                           Judge Samuel Conti
                                             UNITED STATES DISTRICT COURT
19                                           NORTHERN DISTRICT OF CALIFORNIA

20

21

22

23                                           July 18, 2011

24

25

26

27

28

Burke, Williams &
Sorensen, LLP                                                    CASE NO. C11-02908
Attorneys At Law    LA #4842-5973-0186 v1       - 2 -    STIPULATION FOR 30-DAY EXTENSION OF
Los Angeles                                              TIME TO RESPOND TO COMPLAINT

# PROOF OF SERVICE

## MELINDA MAYHEW v. HARTFORD LIFE INS CO., ET AL.

## CASE NO. C11-02908 EDL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953. On July 14, 2011, I served a copy of the within document(s) entitled:

**STIPULATION FOR 30-DAY EXTENSION OF TIME FOR DEFENDANT FORMFACTOR, INC. GROUP WELFARE BENEFIT PLAN TO RESPOND TO COMPLAINT**

addressed as follows:

Michelle L. Roberts, Esq.
mlr@ssrlawgroup.com
**Cassie Springer-Sullivan, Esq.**
css@ssrlawgroup.com
Springer-Sullivan & Roberts, LLP
410-12th Street, Suite 325
Oakland, CA 94607

**BY ELECTRONIC SERVICE:** I served the above-mentioned document electronically on the parties listed at the email addresses listed and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 14, 2011, at Los Angeles, California.

*/s/ Agnes D. Tualla*
Agnes D. Tualla

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4811-9615-2325 v1

CASE NO. C11-02908 EDL