UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MELINDA MAYHEW,<br>    Plaintiff,<br><br>  v.<br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY, et al.,<br>    Defendants.<br>_____/ | No. C 11-2908 SC<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:         December 6, 2011<br>Mediator:   Mark Humbert |

    IT IS HEREBY ORDERED that the request to excuse defendants Hartford Life and Accident Insurance Company and FormFactor, Inc. Group Welfare Benefit Plan's party representative from appearing in person at the December 6, 2011 mediation before Mark Humbert is GRANTED. The representative shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

    IT IS SO ORDERED.

November 15, 2011      By: _____
Dated                                            Elizabeth D. Laporte
                                                          United States Magistrate Judge