UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MELINDA MAYHEW,
    Plaintiff,

No. C 11-2908 SC

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.,
    Defendants.

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: December 6, 2011
Mediator: Mark Humbert

    IT IS HEREBY ORDERED that the request to excuse defendants Hartford Life and Accident Insurance Company and FormFactor, Inc. Group Welfare Benefit Plan's party representative from appearing in person at the December 6, 2011 mediation before Mark Humbert is GRANTED. The representative shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

    IT IS SO ORDERED.

November 15, 2011    By:    _Elizabeth D. Laporte_
Dated

Elizabeth D. Laporte
United States Magistrate Judge