| | |
|---|---|
| Michelle L. Roberts, Bar No. 239092<br>mlr@ssrlawgroup.com<br>Cassie Springer-Sullivan, Bar No. 221506<br>css@ssrlawgroup.com<br>SPRINGER-SULLIVAN & ROBERTS LLP<br>410 – 12th Street, Suite 325<br>Oakland, California 94607<br>Telephone: (510) 992-6130<br>Facsimile: (510) 280-7564<br><br>Attorneys for Plaintiff<br>Melinda Mayhew | Daniel W. Maguire, (SBN 120002)<br>E-mail: dmaguire@bwslaw.com<br>Keiko J. Kojima, (SBN 206595)<br>E-mail: kkojima@bwslaw.com<br>BURKE, WILLIAMS & SORENSEN, LLP<br>444 South Flower Street, Suite 2400<br>Los Angeles, CA 90071-2953<br>Tel: 213.236.0600<br>Fax: 213.236.2700<br><br>Attorneys for Defendants<br>Hartford Life and Accident Insurance Company<br>& Formfactor, Inc. Group Welfare Benefit Plan |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA MAYHEW,<br><br>        Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; FORMFACTOR, INC. GROUP WELFARE BENEFIT PLAN,<br><br>        Defendants.<br>_____<br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>        Counterclaimant,<br><br>v.<br><br>MELINDA MAYHEW,<br><br>        Counterdefendant. | CASE NO. C 11-02908 SC<br><br>**NOTICE OF SETTLEMENT;<br>JOINT REQUEST AND [PROPOSED]<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE** |

**TO THE CLERK OF THE COURT, THE HONORABLE SAMUEL CONTI, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

WHEREAS, Plaintiff and Counterdefendant Melinda Mayhew, and Defendant and Counterclaimant Hartford Life and Accident Insurance Company and Defendant Formfactor, Inc. Group Welfare Benefit Plan (collectively, "the Parties"), have agreed to a settlement in principle of all claims and causes of action alleged in the above-referenced action;

WHEREAS, the Parties are in the process of preparing the settlement documents and anticipate requiring three weeks to finalize and effectuate the terms of the settlement;

WHEREAS, the Parties are required to file a joint case management statement by December 9, 2011;

WHEREAS, the Parties are scheduled to appear for a case management conference before this Court on December 16, 2011 at 10:00 a.m.;

WHEREAS, the Parties desire to continue the currently scheduled case management conference to January 20, 2012 at 10:00 a.m. to enable the Parties sufficient time to finalize the settlement and dismiss the case with prejudice;

WHEREAS, the Parties desire to move the deadline to file a joint case management statement from December 9, 2011 to January 13, 2012;

NOW, THEREFORE, the Parties request an order from the Court moving the deadline for filing a joint case management statement to January 13, 2012 and rescheduling the initial case management conference from December 16, 2011 at 10:00 a.m. to January 20, 2012 at 10:00 a.m., or as soon thereafter as may be heard by the Court.

**IT IS SO AGREED AND REQUESTED.**

Dated: December 7, 2011                                SPRINGER-SULLIVAN & ROBERTS LLP

                                                       By:    /s/
                                                       Michelle L. Roberts
                                                       Attorneys for Plaintiff

Dated: December 7, 2011                                          BURKE, WILLIAMS & SORENSEN LLP

                  By:   /s/
                  Keiko J. Kojima
                  Attorneys for Defendants Hartford Life &
                  Accident Insurance Company and
                  Formfactor, Inc. Group Welfare Benefit
                  Plan

**IT IS SO ORDERED.**

The initial case management conference scheduled for December 16, 2011 at 10:00 a.m. will be continued to January 27, 2012 at 10:00 a.m., or as soon thereafter as may be heard by the Court. The parties shall file a joint case management statement by no later than January 13, 2012.

DATED:   12/8/11

_____
HONORABLE [Samuel Conti]
UNITED STATES DISTRICT JUDGE

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" / Judge Samuel Conti)*

**SIGNATURE ATTESTATION**

I, Michelle L. Roberts, hereby attest that that I have obtained the concurrence in the filing of the document from the other signatory on this document.

Dated: December 7, 2011          SPRINGER-SULLIVAN & ROBERTS LLP


              By: /s/ *Michelle L. Roberts*
              _____
              Michelle L. Roberts, CA Bar No. 239092