| | |
|---|---|
| Michelle L. Roberts, Bar No. 239092<br>mlr@ssrlawgroup.com<br>Cassie Springer-Sullivan, Bar No. 221506<br>css@ssrlawgroup.com<br>SPRINGER-SULLIVAN & ROBERTS LLP<br>410 – 12th Street, Suite 325<br>Oakland, California 94607<br>Telephone: (510) 992-6130<br>Facsimile: (510) 280-7564<br><br>Attorneys for Plaintiff<br>Melinda Mayhew | Daniel W. Maguire, (SBN 120002)<br>E-mail: dmaguire@bwslaw.com<br>Keiko J. Kojima, (SBN 206595)<br>E-mail: kkojima@bwslaw.com<br>BURKE, WILLIAMS & SORENSEN<br>444 South Flower Street, Suite 2400<br>Los Angeles, CA 90071-2953<br>Tel: 213.236.0600<br>Fax: 213.236.2700<br><br>Attorneys for Defendants<br>Hartford Life and Accident Insurance Company<br>& Formfactor, Inc. Group Welfare Benefit Plan |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MELINDA MAYHEW,<br><br>　　　　　Plaintiff,<br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY: FORMFACTOR, INC. GROUP WELFARE BENEFIT PLAN,<br><br>　　　　　Defendants,<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　　Counterclaimant,<br>v.<br><br>MELINDA MAYHEW,<br><br>　　　　　Counterdefendant | Case No.  C11-02908 SC<br><br>**STIPULATED DISMISSAL AND  [PROPOSED] ORDER**<br><br>**FED. R. CIV. P. 41(a)(1)** |

**TO THE CLERK OF THE COURT, THE HONORABLE SAMUEL CONTI, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Plaintiff and Counterdefendant Melinda Mayhew, and Defendant and Counterclaimant Hartford Life and Accident Insurance Company and Defendant Formfactor, Inc. Group Welfare

Benefit Plan (collectively, "the Parties"), have reached a resolution of this matter. The Parties agree to dismiss this action in its entirety (including the Complaint and Counterclaim) with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear hers or its own attorneys' fees and costs.

**IT IS SO AGREED AND STIPULATED.**

Dated:  January 13, 2012                              SPRINGER-SULLIVAN & ROBERTS LLP

                                                      By:     /s/
                                                             Michelle L. Roberts
                                                             Attorneys for Plaintiff


                                                      BURKE, WILLIAMS & SORENSEN LLP

                                                      By:     /s/
Dated:  January 13, 2012                                     Keiko J. Kojima
                                                             Attorneys for Defendants Hartford Life &
                                                             Accident Insurance Company and
                                                             Formfactor, Inc. Group Welfare Benefit
                                                             Plan

## [PROPOSED] ORDER

The Court hereby dismisses this action with prejudice with each party to bear her or its own attorneys' fees and costs.

Dated: 1/13/12

_____
Honorable
United States District Court Judge

*IT IS SO ORDERED — Judge Samuel Conti*

## SIGNATURE ATTESTATION

I, Michelle L. Roberts, hereby attest that that I have obtained the concurrence in the filing of the document from the other signatories on this document.

Dated: January 13, 2012           SPRINGER-SULLIVAN & ROBERTS LLP

By: /s/ *Michelle L. Roberts*
Michelle L. Roberts, CA Bar No. 239092

STIPULATED DISMISSAL & PROPOSED ORDER
CASE NO. 11-02908 SC